UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRI RILEY-LEE, ) | |
| ) | |
| Plaintiff, ) | No. C 10-2399 BZ |
| ) | |
| v. ) | ***SUA SPONTE* JUDICIAL REFERRAL** |
| ) | **FOR PURPOSES OF DETERMINING** |
| IGCOR, et al., ) | **RELATEDNESS** |
| ) | |
| Defendant(s). ) | |
| KATRI RILEY-LEE, ) | |
| ) | No. C 10-2400 BZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES MANSON, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Elizabeth D. Laporte to determine whether this case is related to <u>Katri Riley-Lee v. Igcor, et al.</u>, C10-2397 EDL.  These cases appear to concern the same plaintiff, some of the same defendants and some similar allegations.

Dated: June 7, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RILEY-LEE V. MANSON\SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATEDNESS.wpd

1