**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATRI RILEY-LEE,

    Plaintiff,

 v.

ORTIZ S. HERRON,

    Defendant.

      /

No. C-10-02397 EDL

related to

KATRI RILEY-LEE

    Plaintiff,

   v.

IGCOR, et al.,

    Defendants.

      /

No. C-10-02399

related to

KATRI RILEY-LEE

    Plaintiff.

   v.

CHARLES MANSON, et al.,

    Defendants.

      /

No. C-10-02400

**ORDER FOR REASSIGNMENT**

    In view of the Report and Recommendation filed on July 22, 2010, the clerk shall REASSIGN the above-captioned cases immediately to a district court judge.

Dated: July 22, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge