IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRI RILEY-LEE, | No. C 10-2400 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHARLES MANSON, *et al.*, | |
| Defendants. | |

The complaint has been dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2). Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 1, 2010

SUSAN ILLSTON
United States District Judge